IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:18CR484 |
| | ) | 18 USC § 922(g)(1) |
| | ) | 18 USC § 924(a)(2) |
| | ) | 18 USC § 924(e) |
| vs. | ) | 18 USC § 924(d) |
| | ) | 21 USC § 853 |
| | ) | 28 USC § 2461(c) |
| | ) | |
| ANTHONY DANTE HOLLOWAY | ) | SEALED INDICTMENT |

THE GRAND JURY CHARGES:

That on or about March 15, 2018, in the District of South Carolina, the Defendant, ANTHONY DANTE HOLLOWAY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm and ammunition, that is, a Jimenez model JA Nine 9mm pistol and 9mm ammunition, which had been shipped and transported in interstate commerce;

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## FORFEITURE

1. **FIREARMS OFFENSE**

Upon conviction for felony violations of Title 18, United States Code, as charged in this Indictment, the Defendant, ANTHONY DANTE HOLLOWAY, shall forfeit to the United States all of the defendants' right, title and interest in and to any property, real and personal,

   (a)   any firearms and ammunition (as defined in 18 U.S.C. Section 921) -

   (1) involved in or used in any knowing violations of 18 U.S.C. Sections 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

2. **PROPERTY:**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the defendants for offenses charged in this Indictment includes, but is not limited to, the following:

   A.   **Firearm/Ammunition:**

   1. Jimenez model JA Nine 9mm pistol
      Serial number: 281399
   2. Miscellaneous rounds of 9mm ammunition

3. **SUBSTITUTION OF ASSETS:**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third person;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A  True  Bill

REDACTED
FOREPERSON

BETH DRAKE (LW/jl)
UNITED STATES ATTORNEY