IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.:  8:18-484 |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ANTHONY DANTE HOLLOWAY | ) |

Information Regarding Imposition of Enhanced Sentence

The United States of America, by and through its Assistant United States Attorney, Leesa Washington, files this information pursuant to Title 21, United States Code, Section 851(a), hereby notifying the defendant that he is subject to increased penalties provided by Title 21, United States Code, Section 851(a), based on the following convictions:

1. Possession with Intent to Distribute Marijuana; General Sessions Court, Greenwood County; Indictment No: 2009-GS-01-0135; May 26, 2009;

The Government reserves the right to amend this information. Certified copies of the relevant documents are available for review.

                                                Respectfully submitted,

                                                SHERRI A. LYDON
                                                UNITED STATES ATTORNEY

BY:   s/*Leesa Washington*
           Leesa Washington (I.D. No. 6973)
           Assistant United States Attorney
           55 Beattie Place, Suite 700
           Greenville, SC 29601
           (864) 282-2100

August 24, 2018