# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 8:18CR00484-DCC

ANTHONY DANTE HOLLOWAY

## PLEA

The Defendant, ANTHONY DANTE HOLLOWAY, acknowledges receipt of a copy of the Superseding INDICTMENT and after arraignment pleads GUILTY in open court as to Count(s) 1s, 2s, 3s.

*Anthony Holloway*
(Signed) Defendant

Spartanburg South Carolina
10/22/2018